IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re: JASON CHRISTOPHER HERRELL                Case # 18-31146-SGJ-13

### Debtor's Certification and Motion for Entry of Chapter 13 Discharge Pursuant to U.S.C. Section 1328(a)

The Debtor moves for entry of discharge under 11 U.S.C. Section 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

   A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

   B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under Section 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

   C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

   D. I have not received a discharge in a case filed under Chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

   E. I have not received a discharge in a case filed Under Chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

   F. 11 U.S.C. Section 522(q)(1) is not applicable to me. There is no proceeding pending in which I may be found guilty of a felony of the kind described in 11 U.S.C. Section 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B).

   G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities laws, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under Section 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2. I have made all payments required by my confirmed chapter 13 plan.

Signed: _____          _____
          Debtor                           Attorney for Debtor

Debtor's Certification and Motion for Entry of Chapter 13 Discharge
Page 2
Case # 18-31146-SGJ-13

## NOTICE

UNLESS A RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT BEFORE CLOSE OF BUSINESS TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF, A HEARING MAY NOT BE CONDUCTED.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE TO (1) ANY PERSON TO WHOM DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

Debtor's Certification and Motion for Entry of Chapter 13 Discharge
Page 3
Case # 18-31146-SGJ-13

## Certificate of Service

I hereby certify that a copy of the foregoing "Debtor's Certification and Motion for Entry of Chapter 13 Discharg Pursuant to 11 U.S.C. Section 1328(a)" has been served by electronic notice and/or United States First Class

Debtors: Jason Christopher & Shannon Rene Herrell, 115 Garland Drive, Hillsboro, Tx 76645
Attorney: Rubin And Associates Pc, 4201 Spring Valley Rd, Ste 1130, Dallas, Tx 75244
Creditor(s): Ais Portfolio Services Lp, 4515 N Santa Fe Ave Dept Aps, Oklahoma City, Ok 73118
Atlas Acquisitions Llc, 492C Cedar Ln, Ste 442, Teaneck, Nj 07666
Attorney General Of Texas, Oag Csd Mail Code 38, Po Box 12017, Austin, Tx 78711-2017
Barclays Bank, Po Box 8803, Wilmington, De 19899
Best Buy, Po Box 78009, Phoenix, Az 85062
Bill Me Later Inc, Co Weinstein And Riley Ps, 2001 Western Ave, Suite 400, Seattle, Wa 98121
Bill Me Later, Weinstein Riley Et Al, Po Box 3978, Seattle, Wa 98124-3978
Cach Llc, Resurgent Capital Services, Po Box 10587, Greenville, Sc 29603-0587
Capital One Bank, American Infosource, Po Box 71083, Charlotte, Nc 28272-1083
Capital One Na, Becket And Lee Llp, Po Box 3001, Malvern, Pa 19355-0701
Capital One, Po Box 30285, Salt Lake City, Ut 84130-0285
Care Credit, Po Box 965060, Orlando, Fl 32896-5060
Carolyn Gray, 401 Kay St, Hillsboro, Tx 76645
Charles R Herrell, Po Box 83, Abbott, Tx 76621
Chase Bank One Bankruptcy, Po Box 15145, Wilmington, De 19850
County Of Hill, Mccreary Veselka Bragg & Allen Pc, Po Box 1269, Round Rock, Tx 78680-1269
County Of Hill, Po Box 412, Hillsboro, Tx 76645-0412
Dillards/Wells Fargo, Po Box 51193, Los Angeles, Ca 90051
Discover Bank, Discover Products Inc, Po Box 3025, New Albany, Oh 43054
Discover Financial Services, Post Office Box 15316, Wilmington, De 19850-5316
Everest Funding, 6 Venture Ste 305, Irvine, Ca 92618
Evolution Capital, 2500 Discovery Blvd Ste 200, Rockwall, Tx 75032
Ford Motor Credit, Ais Portfolio Services, 4515 N Santa Fe Ave, Dept Aps, Oklahoma City, Ok 73118-7901
Ford Motor Credit, Po Box 650004, Dallas, Tx 75265-0004
Geneva Capital Llc, 1311 Broadway St, Alexandria, Mn 56308
Hill County Appraisal District, Mccreary Veselka Bragg & Allen Pc, Po Box 1269, Round Rock, Tx 78680-126
Hill County Appraisal District, Po Box 416, Hillsboro, Tx 76645-0416
Hill County Tax Office, C/O Mccreary Vesleka Bragg And Allen Pc, Po Box 1669, Waco, Tx 76703
Home Depot Citi Cards Bankruptcy, Po Box 20507, Kansas City, Mo 64153
Howard Marc Spector, Spector & Johnson Pllc, 12770 Coit Road Ste 1100, Dallas, Tx 75251
Internal Revenue Service, Po Box 7317, Philadelphia, Pa 19101-7317
Internal Revenue Service, Po Box 7346, Philadelphia, Pa 19101-7346
Jerry Don Yocham, Po Box 394, Hillsboro, Tx 76645
Lvnv Funding Llc, Resurgent Capital Services, Po Box 10587, Greenville, Sc 29603
Mantis Funding Llc, 64 Beaver Street Suite 344, New York, Ny 10004
Mantis Funding Lls, Regent & Associates Pc, 3131 Eastside St Ste350, Houston, Tx 77098
Martin Showers Smith & Mcdonald Llp, 62 West Elm Po Box 257, Hillsboro, Tx 76645
Mccreary Veselka Bragg Allen, Po Box 1269, Round Rock, Tx 78680
Midland Funding Llc, Midland Credit Management Inc, Po Box 2011, Warren, Mi 48090
Mike & Karen Leatherwood, 316 Hcr 3124, Hillsboro, Tx 76645
Point West Bank, 200 Oak St, West, Tx 76691
Portfolio Recovery Associates, By Pra Receivables Management, Po Box 12914, Norfolk, Va 23541
Portfolio Recovery Associates, By Pra Receivables Management, Po Box 41067, Norfolk, Va 23541

## Certificate of Service (Cont'd)

Providence Health Services, Po Box 206767, Dallas, Tx 75320
Quantum3 Group Llc, Po Box 788, Kirkland, Wa 98083-0788
Resolution Finance Llc, 4100 Alpha Rd, Ste 670, Dallas, Tx 75244
Resolution Finance Llc, Spector And Johnson Pllc, 12770 Coit Rd Ste 1100, Dallas, Tx 75251
Resurgent Capital Services, Po Box 1269, Greenville, Sc 29602
Rubin And Associates Pc, 4201 Spring Valley Rd, Ste 1130, Dallas, Tx 75244
State Comptroller Of Public Accounts, 111 E 17Th St, Austin, Tx 78774-0100
Synchrony Bank, Pra Receivables Management, Po Box 41021, Norfolk, Va 23541
Synchrony Bank, Pra Receivables Management, Po Box 41031, Norfolk, Va 23541
Texas Alcoholic Beverage Comm, Licenses And Permits Division, Po Box 13127, Austin, Tx 78711-3127
Texas Comptroller Of Public Accounts, Office Of The Attorney General, Po Box 12548 Mc-008, Austin, Tx 78711
Texas Workforce Commission, Regulatory Integrity Div Sau, 101 E 15Th Street Rm 556, Austin, Tx 78778-0001
Wells Fargo Bank Na, Wells Fargo Bank Na, 7000 Vista Drive 4Th Floor, Mac N8235-048/Eft Processing, West Des Moines, Ia 50266
Wilcox Law Pllc, Po Box 201849, Arlington, Tx 76006
Wilcox Law, Po Box 11509, Ft Worth, Tx 76110-0509
Yellow Stone Capital, 1 Everest Plaza 14Th Floor, Jersey City, Nj 07302

Dated: 06/10/2025

RUBIN AND ASSOCIATES PC